Mr. Troy Lee Perkins, #1480826
TDCJ-Alfred D. Hughes Unit
Rt. 2- Box 4400
Gatesville, Texas
76597

72.720.35

Hon. Clerk;                    19 OCT. 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 22 2015
Abel Acosta, Clerk

RE: "HABEAS CORPUS APPLICANT'S
ORIGINAL APPEAL IN HABEAS CORPUS"

Thank you for sending me another copy of

the Dismissal of habeas, Tr. Ct. No. W07-71990-s(H)—

Now; Please, Inform me on the "Status"

of my Motion, mentioned in RE:, from 1 May 2015—

Your office has not sent me anything; in

regards to this Motion, which our prison mail-

room "CONFIRMS" that it was sent to your

Office via pre-paid U.S. first-class mail— Thank

you; and, Inform on the status of this Motion—

Respectfully,

Troy Lee Perkins
Petitioner pro se

Orig= Court of Criminal Appeals
of Texas—

CC= file